```
                              United States Bankruptcy Court
                              Middle District of Tennessee
```

In re:                                                                  Case No. 15-02213-MFH
Donisha Monique Kennard                                                 Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0650-3          User: sdt7475            Page 1 of 1         Date Rcvd: Nov 25, 2015
                              Form ID: pdf001          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 27, 2015.
db            Donisha Monique Kennard,    1509 SANTA ROSA COURT,    MADISON, TN  37115-6514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2015                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 25, 2015 at the address(es) listed below:
              EDGAR M ROTHSCHILD, III    on behalf of Debtor Donisha Monique Kennard notice@rothschildbklaw.com,
               emr3@rothschildbklaw.com;rothschildbklawnotice@gmail.com
              HENRY EDWARD HILDEBRAND, III    hhecf@ch13nsh.com
              US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
                                                                                             TOTAL: 3


Marian F. Harrison
US Bankruptcy Judge

Dated: 11/25/2015

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| DONISHA MONIQUE KENNARD | ) | CHAPTER 13 |
| SSN: XXX-XX-7282 | ) | CASE NO. 15-02213 |
| 1509 SANTA ROSA COURT | ) | JUDGE: HARRISON |
| MADISON, TN 37115 | ) | |
| | ) | |
| Debtor | ) | |

**EXPEDITED ORDER SETTING HEARING ON DEBTOR'S MOTION TO UTILIZE INSURANCE PROCEEDS TO PURCHASE SUBSTITUTE COLLATERAL AND TO REQUIRE LIENHOLDER TO RELEASE LIEN ON TITLE OF DESTROYED VEHICLE TO ALLOW DISPOSITION OF SALVAGE**

THIS MATTER IS BEFORE THE COURT upon the Debtor's Motion to Utilize Insurance Proceeds to Purchase Substitute Collateral and to Require Lienholder to Release Lien on Title of Destroyed Vehicle to Allow Disposition of Salvage. For good cause shown in the Motion, this matter shall be held on __December 2__, 2015, at 8:30 a.m. in Courtroom 1, Customs House, 701 Broadway, Nashville, Tennessee.

IT IS SO ORDERED.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.*

APPROVED FOR ENTRY:

/s/ Mary Beth Ausbrooks
Mary Beth Ausbrooks
ROTHSCHILD & AUSBROOKS, PLLC
Attorney for Debtor(s)
1222 16th Avenue South, Suite 12
Nashville, TN 37212-2926
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
notice@rothschildbklaw.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.