IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| DONISHA MONIQUE KENNARD | ) | CHAPTER 13 |
| SSN: XXX-XX-7282 | ) | CASE NO. 15-02213 |
| 1509 SANTA ROSA COURT | ) | JUDGE: HARRISON |
| MADISON, TN 37115 | ) | |
| | ) | |
| Debtor | ) | |

## **CERTIFICATE OF SERVICE**

I certify that on this the 30th day of November, 2015, I served a copy of the Expedited Motion to Utilize Insurance Proceeds to Purchase Substitute Collateral and to Require Lienholder to Release Lien on Title of Destroyed Vehicle to Allow Disposition of Salvage and Order Setting Hearing in the following manner:

*Email by Electronic Case Noticing to:*

Beth R. Derrick, Asst. U.S. Trustee
Henry E. Hildebrand, III, Chapter 13 Trustee

*By U.S. Postal Service, postage prepaid to:*

Debtor at the address provided above.

*By Email to:*

Insolve Auto Funding c/o Capital Recovery Group, LLC, bknotices @crgofusa.com; and Progressive Insurance, Shawna_Baumgardner@progressive.com.


*/s/ Mary Beth Ausbrooks*
Mary Beth Ausbrooks

1 TOTAL USPS MAILINGS: $1.00