*Marian F. Harrison*
Marian F. Harrison
US Bankruptcy Judge



Dated: 12/4/2015

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| DONISHA MONIQUE KENNARD ) | CHAPTER 13 |
| SSN: XXX-XX-7282 ) | CASE NO. 15-02213 |
| 1509 SANTA ROSA COURT ) | JUDGE: HARRISON |
| MADISON, TN 37115 ) | |
| ) | |
| Debtor ) | |

**ORDER GRANTING DEBTOR'S EXPEDITED MOTION TO UTILIZE INSURANCE PROCEEDS TO PURCHASE SUBSTITUTE COLLATERAL AND TO REQUIRE LIENHOLDER TO RELEASE LIEN ON TITLE OF DESTROYED VEHICLE TO ALLOW DISPOSITION OF SALVAGE**

THIS CAUSE CAME TO BE HEARD on the 2nd day of December, 2015, upon the Expedited Motion to Utilize Insurance Proceeds to Purchase Substitute Collateral and to Require Lienholder to Release Lien on Title of Destroyed Vehicle to Allow Disposition of Salvage filed by the Debtor. At the call of the docket the Court found that there was no objection to said motion and that the motion is well taken and shall be GRANTED as follows:

1. Debtor shall be authorized to use insurance proceeds issued as a result of an automobile accident by Progressive in order to purchase substitute collateral of substantially similar value.

2. Insolve Auto Funding c/o Capital Recovery Group, LLC, shall be required to release its lien on the destroyed 2013 Chevrolet Impala and to remit same to Progressive in order to allow disposition of the salvage value in the destroyed vehicle.

3. The Debtor shall use the entire insurance proceeds check in the amount of $9,752.00 to purchase a substitute vehicle and pay the cost of recording the lien of Insolve Auto Funding c/o Capital Recovery Group, LLC on the substitute vehicle.

4. Debtor shall condition the purchase of the substitute vehicle on acquiring and maintaining physical damage insurance on the substitute vehicle at all times, and purchasing a vehicle of substantially

similar value to the one that was destroyed.

    IT IS SO ORDERED.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.*

APPROVED FOR ENTRY:

*/s/ Mary Beth Ausbrooks*
MARY BETH AUSBROOKS
ROTHSCHILD & AUSBROOKS, PLLC
Attorney for Debtor(s)
1222 16th Avenue South, Suite 12
Nashville, TN 37212-2926
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
notice@rothschildbklaw.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:15-bk-02213    Doc 37    Filed 12/04/15    Entered 12/04/15 14:29:22    Desc Main
Document      Page 2 of 2