IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
) CHAPTER: 13
DONISHA MONIQUE KENNARD ) CASE NO.: 15-02213
SSN: XXX-XX-7282 ) JUDGE: HARRISON
2105 MOSSY OAK WAY )
STOCKTON, CA 95205 )
)
   Debtor. )

## ORDER GRANTING TRUSTEE'S MOTION TO DISMISS

THIS CAUSE CAME TO BE HEARD on the 24th day of February, 2014, upon the Trustee's Motion to Dismiss for Cause. At the hearing, the Court granted the Trustee's Motion to Dismiss, however the Debtor shall have until March 2, 2016, to convert this case to a Chapter 7 Bankruptcy or it will be automatically dismissed without further hearing.

     IT IS SO ORDERED.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.*

APPROVED FOR ENTRY:

*/s/ Mary Beth Ausbrooks*
MARY BETH AUSBROOKS
ROTHSCHILD & AUSBROOKS, PLLC
Attorney for Debtor(s)
1222 16th Avenue South, Suite 12
Nashville, TN 37212-2926
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
notice@rothschildbklaw.com