# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:  
  DONISHA MONIQUE KENNARD  
  2105 MOSS OAK WAY  
  STOCKTON, CA  95205  

CASE NO. 15-02213-MH3-13  
03/02/2016

SSN XXX-XX-7282

## ORDER DISMISSING CHAPTER 13 PETITION
## FOR NON-COMPLIANCE

Pursuant to the Chapter 13 petition and plan filed with this court, the debtor(s) was ordered to pay the Chapter 13 Trustee a specified portion of the future income through a payroll deduction or by a direct payment. The court finds that the debtor(s) has failed to comply with the requirements of the plan and the Courts order confirming that plan. It is therefore,

Ordered that the Chapter 13 petition is dismissed for failure of the debtor to abide by the orders of this court; It is further,

Ordered that in the event the Trustee has not received funds sufficient to pay the required filing fee, and if that fee has not otherwise been paid, the debtor shall immediately transmit the amount to the clerk of the Bankruptcy Court. In no event shall the debtor fail to make this payment later than thirty (30) days from the date of this order.

APPROVED:

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

/s/ Henry E. Hildebrand, III  
HENRY E. HILDEBRAND, III  
CHAPTER 13 TRUSTEE  
P O BOX 340019  
NASHVILLE, TN  37203  
PHONE:  615-244-1101  
FAX:  615-242-3241  
pleadings@ch13nsh.com